

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00134-CR

**GUY DOUGLAS MELTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-F202000726**

## MEMORANDUM  OPINION

On June 17, 2021, Guy Douglas Melton filed a pro se appeal of the trial court's denial of his motion to dismiss the indictment against him.  We have no jurisdiction over an interlocutory appeal from a trial court's denial of a motion to dismiss an indictment. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (stating that standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Ex parte Evans*, 611 S.W.3d 86, 87 (Tex. App.—Waco 2020, no pet.) (no authorization for interlocutory appeal of order denying motion to dismiss).

This appeal is therefore dismissed. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals . . . must dismiss a prohibited appeal without further action, regardless of the basis for the appeal."); *Davis v. State*, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.) (per curiam).

Notwithstanding that we are dismissing this appeal, Melton may file a motion for rehearing with this Court within fifteen days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Melton desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Davis[1]
Appeal dismissed
Opinion delivered and filed June 30, 2021
[CR25]



---

[1] The Honorable Rex Davis, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.